UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11CR51-RJC

| | |
|---|---|
| UNITES STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **CONSENT ORDER AND** |
| ) | **JUDGMENT OF FORFEITURE** |
| v. ) | |
| ) | |
| KAREN THOMPSON GABRIEL, ) | |
| ) | |
| Defendant. ) | |

UPON the Defendant's plea of guilty, and finding that there is a substantial nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant has or had a legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 981 and 982(a)(2), 18 U.S.C. § 1343, 21 U.S.C. § 853, and/or 28 U.S.C. § 2461(c):

**Any and all currency and monetary instruments that were involved in the crimes alleged in the Bill of Information, including the sum of $114,000.00 in proceeds and funds involved in the alleged violations.**

2. A forfeiture money judgment in the amount of $114,000.00 shall be included in the sentence of the Defendant, and the United States Department of Justice may take steps to collect the judgment from any property of the Defendant, in accordance with the substitute asset provisions of 21 U.S.C. § 853(p);

The parties stipulate and agree that the aforementioned judgment amount represents asset(s) derived from or traceable to such property involved in Defendant's crime(s) herein and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981 and 982 and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

*[signature]* for
MICHAEL E. SAVAGE
Assistant United States Attorney

*[signature]*
KAREN THOMPSON GABRIEL
Defendant

*[signature]*
RAHWA GEBRE-EQZIABHER
Attorney for the Defendant

Signed this the 16 day of March, 2011.

*[signature]*
UNITED STATES Magistrate JUDGE