IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:11-CR-051-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| KAREN THOMPSON GABRIEL, | ) | **ORDER** |
| Defendant, | ) | |
| and | ) | |
| RGH ENTERPRISES, LLC, | ) | |
| Garnishee. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 30) filed October 30, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

The Government reports that Defendant Karen Thompson Gabriel is no longer employed by Garnishee RGH Enterprises, LLC. (Document No. 30).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 30) is **GRANTED**. The "Writ Of Continuing Garnishment" (Document No. 27) is **DISMISSED**.

**SO ORDERED**.

Signed: October 30, 2023

David C. Keesler
United States Magistrate Judge